PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LACE M. CHUMBLEY <br><br> Defendant. | Case No. 1:22-po-00151-SAB <br><br> [Citation #F5339577 CA/42] <br><br><br> MOTION AND ORDER FOR DISMISSAL |

   The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-00151-SAB [Citation #F5339577 CA/42] against LACE M. CHUMBLEY, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 18, 2022                    Respectfully submitted,

                                           PHILLIP A. TALBERT
                                           United States Attorney

                                       By: /s/ *Chan Hee Chu*
                                           CHAN HEE CHU
                                           Special Assistant United States Attorney

1
2                                    **O R D E R**
3
4     IT IS HEREBY ORDERED that Case No. 1:22-po-00151-SAB [Citation #F5339577 CA/42]
5 against LACE M. CHUMBLEY be dismissed, without prejudice, in the interest of justice.
6
7 IT IS SO ORDERED.
8 Dated:   **October 19, 2022**                         _____
                                                        UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28